AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

**MITCHELL KALWASINSKI,**   **Plaintiff**

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 96-CV-6475

v.

**D. RYAN, et al.,**   **Defendant**s.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Date: September 17, 2007

RODNEY C. EARLY, CLERK

_____s/Rosemarie M. Eby_____
By: ROSEMARIE M. EBY
Deputy Clerk